**Michael S. Golner, Esq. (ID No. 390022021)**
**The Haddad Law Firm, P.C.**
100 W. Pond Road
Hopelawn, NJ 08861
732-933-3535 Fax: 732-933-3536
Attorney for Plaintiff, Karim Kharbouch

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KARIM KHARBOUCH,

Plaintiff,

v.

TRILLER GROUP INC.,

BOBBY SARNAVESHT, individually,

and JOHN DOES 1–10, JANE DOES 1-10, ABC

CORPORATIONS 1-10, and XYZ COMPANIES

1-10 (said names being fictitious)

Defendants.


Defendants.

Case No.: 1:25-cv-07267

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karim Kharbouch a/k/a French Montana, by and through his undersigned counsel, hereby voluntarily dismisses this action without prejudice against all Defendants.

No Defendant has filed an answer or a motion for summary judgment in this action. Accordingly, dismissal without prejudice is proper under Rule 41(a)(1)(A)(i).

Dated: September 2, 2025
New York, New York

Respectfully submitted,

/s/ Michael S. Golner
Michael S. Golner, Esq. (ID No. 390022021)
The Haddad Law Firm, P.C.
100 W. Pond Road
Hopelawn, NJ 08861
Tel: 732-933-3535 | Fax: 732-933-3536
Email: mgolner@sphlaw.com

Attorney for Plaintiff
Karim Kharbouch a/k/a French Montana