**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KARIM KHARBOUCH,<br><br>                 **Plaintiff,**<br><br>       **-against-**<br><br>TRILLER GROUP, INC., *et al*.,<br><br>          **Defendants.** | **1:25-cv-07267-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Notice of Voluntary Dismissal (ECF No. 2). Plaintiff improperly filed the Complaint and Notice of Voluntary Dismissal. The Court directs Plaintiff to correct the CM ECF docket to reflect the parties in the Notice of Voluntary Dismissal and refile the Notice of Voluntary Dismissal by or before 5/8/2026.

**SO ORDERED.**

**Dated**:   **May 1, 2026**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**